UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOLEDAD L. SANCHEZ

VERSUS

BIG LOTS STORES, INC.

CIVIL ACTION

NO. 10-208-BAJ-CN

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated February 18, 2011 to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the Motion to Remand (doc. 11) filed by the plaintiff, Soledad L. Sanchez, shall be **GRANTED** and this matter will be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, March 14, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA